IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

      Petitioner,           No. 2:11-cv-2733 KJM KJN P

      vs.

GARY SWARTHOUT,

      Respondent.          <u>ORDER</u>

_____/

      Petitioner is a former state prisoner proceeding without counsel. On July 18, 2012, petitioner's copies of orders were returned as undeliverable. On July 16, 2012, respondent notified the court of petitioner's release onto parole. Petitioner previously provided the address to which he would parole, but was subsequently re-incarcerated. (<u>See</u> Dkt. Nos. 29, 34.) Petitioner has not filed a notice of change of address since July 16, 2012; thus, in an abundance of caution, the court will re-serve a copy of the above-referenced documents on plaintiff at the previously-provided parole address. However, petitioner is cautioned that he is under a continuing duty to notify the court and opposing counsel of any change of address. L.R. 182(f). Also, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." <u>Id.</u>

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to re-serve a copy of the July 2, 2012 findings and recommendations (dkt. no. 35) and the July 3, 2012 order (dkt. no. 36) on petitioner at 1716 Peggy Court, Petaluma, California 94954;

2. Petitioner shall file a notice of change of address within fourteen days from the date of this order; and

3. Petitioner is granted fourteen days in which to file objections to the July 2, 2012 order.

DATED: September 5, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john2733.res