IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

    Petitioner,           No. CIV S-11-2733 KJM KJN P

    vs.

GARY SWARTHOUT,

    Respondent.          <u>ORDER</u>

    _____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On July 2, 2012 the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

/////

1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Although it appears from the docket that the findings and recommendations were returned as undeliverable, petitioner was properly served. Respondent notified the court on July 16, 2012 (Dkt. No. 37) that petitioner was released onto parole, however it is petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. Review of the court docket reflects that petitioner previously provided the address to which he expected to be paroled. In an abundance of caution, the Clerk of the Court is directed to serve a copy of this order on petitioner at 1716 Peggy Court, Petaluma, CA 94954, in addition to his address of record.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 2, 2012, are adopted in full.

2. Respondent's February 23, 2012, motion to dismiss (Dkt. No. 27) is denied.

3. Respondent shall file an answer to petitioner's habeas petition within sixty days from the date of this order. Petitioner's reply, if any, shall be filed and served within thirty dates after service of the answer.

4. The Clerk of the Court is directed to serve a copy of this order on petitioner at his address of record, and at 1716 Peggy Court, Petaluma, CA 94954.

DATED: September 11, 2012.

_____
UNITED STATES DISTRICT JUDGE