IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

      Petitioner,               No. 2:11-cv-2733 KJM KJN P

    vs.

GARY SWARTHOUT,

      Respondent.          ORDER

_____/

        On October 31, 2012, respondent filed a motion for leave to file a second motion to dismiss the petition, arguing that petitioner's challenge to the April 4, 2009 prison disciplinary violation has been rendered moot by petitioner's discharge from prison.  Good cause appearing, respondent's motion to leave to file a second motion to dismiss is granted.  Although petitioner has been released from prison, briefing in this action will be governed by Local Rule 230(l). Thus, petitioner shall file an opposition to respondent's motion within twenty-one days from the date of this order.  Respondent's reply is due seven days thereafter.  Petitioner is cautioned that "[f]ailure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  L.R. 230(l). Thus, failure to file an opposition to the pending motion to dismiss will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's October 31, 2012 motion for leave to file a second motion to dismiss (dkt. no. 48) is granted; and

2. Petitioner shall file an opposition to the motion to dismiss within twenty-one days from the date of this order; respondent's reply is due seven days thereafter.

DATED: November 5, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john2733.lv