IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

    Petitioner,                  No. 2:11-cv-2733 KJM KJN P

    vs.

GARY SWARTHOUT,

    Respondent.                <u>ORDER</u>

_____/

        On January 9, 2013, the undersigned recommended that respondent's motion to dismiss be granted, noting that "[p]etitioner has not opposed the motion to dismiss, filed a response to the order to show cause, or filed a notice of change of address." (Dkt. No. 52 at 1.) On March 15, 2013, petitioner filed a change of address indicating that petitioner had been returned to state custody. On April 1, 2013, petitioner filed late objections to the findings and recommendations. Petitioner explained that he was unable to timely comply with the court's prior orders because he was homeless and indigent. Petitioner now opposes the motion to dismiss, claiming, *inter alia*, that the prison disciplinary has an impact on the length of his parole because he would have been out earlier but for the wrongful credit forfeiture.

////

////

1

In an abundance of caution, the findings and recommendations are vacated, and respondent shall file a reply to petitioner's arguments contained in the April 1, 2013 filing (dkt. no. 55) within fourteen days.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 9, 2013 findings and recommendations (dkt. no. 52) are vacated; and

2. Within fourteen days from the date of this order, respondent shall file a reply to petitioner's filing (dkt. no. 55).

DATED:  April 17, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john2733.vac