UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>GARY SWARTHOUT,<br><br>Respondent. | No.  2:  11-cv-2733 KJM KJN P<br><br><br>ORDER TO SHOW CAUSE |

Petitioner is a former state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  For the following reasons, petitioner is ordered to show cause why this action should not be dismissed for his failure to keep the court apprised of his current address.

On October 31, 2012, respondent filed a motion to dismiss.  At that time, court records indicated that petitioner was not incarcerated.  Petitioner did not file an opposition.  Accordingly, on December 5, 2012, petitioner was ordered to show cause why respondent's motion to dismiss should not be granted based on his failure to file an opposition. On December 20, 2012, the order to show cause was returned unserved.  On January 9, 2013, the court recommended that respondent's motion to dismiss be granted.  On February 6, 2013, the January 9, 2013 findings and recommendations were returned unserved.

////

1

1        On March 15, 2013 petitioner filed a notice of change of address indicating that he was incarcerated at the Main Adult Detention Facility in Santa Rosa, California. Accordingly, the January 9, 2013 findings and recommendations were re-served on petitioner at this address. On April 1, 2013, petitioner filed objections to the findings and recommendations. On April 18, 2013, the court vacated the findings and recommendations and directed respondent to file a reply to petitioner's objections. On May 1, 2013, the re-served findings and recommendations were returned unserved and marked "Not In Custody."

       It is the petitioner's responsibility to keep the court apprised of his current address at all times. L.R. 182(f). Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

       Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, petitioner shall show cause why this action should not be dismissed for his failure to keep the court apprised of his current address; failure to respond to this order will result in a recommendation of dismissal of this action.

Dated: July 12, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

John2733.osc