UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JOHNSON,<br><br>        Petitioner,<br><br>    v.<br><br>GARY SWARTHOUT,<br><br>        Respondent. | No. 2: 11-cv-2733 KJM KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

    Petitioner is a former state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 12, 2013, petitioner was granted seven days to show cause why this action should not be dismissed for his failure to keep the court apprised of his current address. It is the petitioner's responsibility to keep the court apprised of his current address at all times. L.R. 182(f).

    Seven days passed and petitioner did not respond to the July 12, 2013 order. Accordingly, for the reasons discussed in the July 12, 2013 order, IT IS HEREBY RECOMMENDED that this action should be dismissed for petitioner's failure to keep the court apprised of his current address.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written

1

objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  July 26, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john2733.dis